UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| DARRIAN LAMAR JOHNSON,<br><br>    Plaintiff,<br><br>vs.<br><br>STEVEN R. JENSEN, Chief Justice of the South Dakota State Supreme Court, JUSTICES OF THE SOUTH DAKOTA STATE SUPREME COURT, JENNIFER MAMMENGA, Circuit Court Judge, Second Judicial Circuit, in their individual and official capacities, JOSEPH NEILES, Retired Circuit Court Judge, Second Judicial Circuit, COLLEEN MORAN, Minnehaha County States Attorney, STEVE COWAN, Minnehaha County Public Defender, JULIE HOFER, Minnehaha County Public Advocate, DOUG CLARK, Director, South Dakota Board of Pardons and Paroles, LARRY RHODEN, Governor, State of South Dakota, MINNEHAHA COUNTY, South Dakota, and MARTIN J. JACKLEY, Attorney General, State of South Dakota, in their individual and official capacities,<br><br>    Defendants. | 4:25-CV-04042-CBK<br><br>ORDER |

    Plaintiff, a prisoner, filed a complaint under 42 U.S.C. § 1983. His complaint was dismissed upon initial review. Plaintiff appealed the dismissal to the United States Court of Appeals for the Eighth Circuit. The Eighth Circuit granted his request to proceed on appeal *in forma pauperis* and remanded to this Court for calculation and collection of the appellate filing fee.

    "[T]he assessment of appellate filing fees occurs upon the filing of a notice of appeal or the filing of a motion to proceed in forma pauperis . . . and fixes

responsibility for payment sooner or later of the fees in full." Henderson v. Norris, 129 F.3d 481, 484 (8th Cir. 1997). "Irrespective of the court's approach to the merits of the appeal, the prisoner's liability for the full payment of the appellate filing fees under the PLRA continues until full payment has been made which may be long after we have disposed of the appeal." Id. Plaintiff must pay the full $605.00 appellate filing fee. Pursuant to 28 U.S.C. § 1915(b)(2), plaintiff may pay the full amount of the filing fee in installments.

Now, therefore,

IT IS ORDERED:

1. Plaintiff shall pay the full amount of the $605.00 appellate filing fee and may do so by paying in installments.

2. Pursuant to 28 U.S.C. § 1915(b)(2), whenever the amount in plaintiff's prison trust account exceeds $10.00, the institution having custody of the plaintiff is hereby directed to forward monthly payments that equal 20% of the funds credited the preceding month to the plaintiff's trust account to the U.S. District Court for the District of South Dakota Clerk of Court, 225 S. Pierre Street Room 405, Pierre, South Dakota 57501, until the $605.00 appellate filing fee is paid in full.

3. The Clerk of Court shall send a copy of this order to the appropriate official at the institution where plaintiff is incarcerated.

DATED this 2nd of October, 2025.

BY THE COURT:

*[signature]*

CHARLES B. KORNMANN
United States District Judge